AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Kyle Rist a/k/a "Jeremy Hadley"

*Defendant(s)*

Case No. **1:25-MJ-00260**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Aug. 14, 2023 through Nov. 7, 2024 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession/Access with intent to view child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Brandon Capps

*Complainant's signature*

Brand Capps, SA FBI

*Printed name and title*

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date: **Mar 26, 2025**

Stephanie K. Bowman

*Judge's signature*

City and state: Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge

*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

# AFFIDAVIT

I, Brandon Capps, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March of 2020. Prior to my employment at the FBI, I was employed for three years as a Certified Public Accountant for Plante Moran, PLLC. I am currently assigned to violent crime squad at the FBI Cincinnati Field Office. While employed by the FBI, I have investigated federal criminal violations related to violent crimes against children and the sexual exploitation of children, among others. I have gained experience through training at the FBI to include interviewing techniques, arrest procedures, search and seizure, and investigative techniques. Additionally, I have experience utilizing confidential informants, toll records, GPS information, digital and social media search warrants, bank records, and other analytical procedures in furtherance of federal investigations. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2422(b) – Coercion and Enticement, 18 U.S.C. § 2252A(a)(2) - distribution or receipt of child pornography, and 18 U.S.C. §

2252A(a)(5)(B) - possession of child pornography, the "subject offenses", have been committed by KYLE RIST a/k/a "Jeremy Hadley". I make this affidavit is support a criminal complaint for those charges.

**PROBABLE CAUSE**

4. I have reviewed reports from Keizer Police Department ("KPD") located in Keizer, Oregon, and from that review, I have learned, among other things, the following:

    **a.** In or about September of 2023, a KPD detective was informed by two individuals that their minor female granddaughter (hereafter referred to as "Minor Victim" or "MV"), for whom they are legal guardians, was sending and receiving sexually explicit images and videos of herself and an unknown male through Facebook.

    **b.** KPD detectives confirmed MV's birthdate in June of 2008.[1]

    **c.** KPD detectives received consent from MV and her grandparents to review MV's Facebook account. During that review, a KPD detective observed several chat threads with profile photos of adult males. This included chats between MV and the Facebook accounts associated with "Kyle Rist" and "Jeremy Hadley." Both chat threads included nude images and videos of MV, as well as images and videos of male genitals.

5. I have spoken with FBI agents, as well as reviewed documents provided by an FBI agent in Portland, and from those conversations, and that review, I have learned, among other things, the following:

    **a.** In or about July of 2024, the KPD referred the investigation to FBI Portland.

[1] MV was fifteen years old at the time of the communications.

**b.** FBI Portland identified two possible adult male subjects exchanging explicit sexual images and videos with MV, both of whom appear to reside in the Southern District of Ohio.

6. KPD provided the Facebook communications from MV's Facebook account to FBI Cincinnati. The FBI also obtained a search warrant for the Facebook accounts associated with "Kyle Rist" and "Jeremy Hadley." I have reviewed Facebook Messenger communications between MV and those Facebook accounts. From that review, I have learned, among other things, the following:

*Communications between MV and the Kyle Rist account*

7. The Facebook Messenger communications between MV and Kyle Rist occurred between on or about August 14, 2023 to on or about September 13, 2023.

**a.** Rist's Facebook page listed that he "Lives in Cincinnati" and "Went to East Central High School (Indiana)."

**b.** On or about August 14, 2023, Rist suggested that he and MV could video chat and MV could watch Rist "jerk off." MV responded that they could video chat now, but that she was not going to do anything. Rist responded, "As long as I see u and when I cum we can hang up." At approximately 4:02 PM on August 14, 2023, there was a 45-minute video call between MV and Rist. Following that call, Rist wrote, "Fr ur sex AF!".[2] Later on in the conversation, on the same day, Rist asked MV, "U like watching me cum" to which MV responded, "maybe".

[2] Based on my training and experience, I know that in texting shorthand, "Fr" stands for "for real," "ur" stands for "you are," and "AF" stands for "as fuck."

**c.** That same day, at approximately 7:17 PM, the following chat occurred between Rist and MV:

**Rist**: I can't stop thinking of my baby's booty!
**MV:** omg hehe
**Rist:** Mmm ur so sexy baby
**MV:** no im not but ok
**Rist:** I think u r fr!
**MV:** aww thank you baby
**Rist:** Ofc baby[3]
**MV:** i miss you
**Rist:** I miss u too baby won't be long and u will be next to me
**MV:** yeah but I cant wait
**Rist:** I can't either
**MV:** like i need you now
**Rist:** I need u too baby ngl[4]
**MV:** yea fr I don't know what to do about Jeremy[5]
**Rist:** Baby don't worry about Jeremy I promis he's just a lonely horny guy. I'm not mad at him
**MV:** ik I wonna be friends wit him but i know that we would end up fucking and i don't know how i feel about that bc i feel like if im living with you and everything that me and you would be together[6]
**Rist:** Baby if u wanted to fuck him I'd let u. U wold still be mine but ur fulfilling an urge and I'm always open about it. Just always come talk t me about anything
**MV:** ok but im lowkey kinda scared bc i feel like if im with you i should be yours only and my mine only
**Rist:** Baby that's fine too. I was just saying
**MV:** i know but i don't know bc i like him and everything and would be nice to have you both in my life but you both wanna be more then friends with me

8. Shortly after the above conversation, Rist and MV had a 15-minute video chat. After the chat, Rist wrote, "if ud do flirt with any boys tonight I want u to screenshot and show

---

[3] Ofc is shorthand for "of course".

[4] "ngl" is shorthand for "not going to lie"

[5] Based on my participation in this investigation, I believe MV is referring to Jeremy Hadley as "Jeremy."

[6] "ik" is shorthand for I know.

daddy tomorrow my baby is very naughty and daddy does like it talk to u tomorrow baby".

9. On or about August 15, 2023, at approximately 3:59, MV sent Rist a self-image of MV wearing a black tank top. The image showed MV's face. On the same date, after having a 39-minute video chat and a 42-minute video chat, Rist wrote, "Baby I want to dick u down bad rn".[7] MV responded to Rist "send me a dick pic please". Rist sent a video that depicted a close up of a male stroking an erect penis with red pubic hair. Rist followed up by sending four additional images of an erect penis, with at least one of the images depicting red pubic hair. Rist requested images of MV. MV sent six images. One of the images depicted a close up of a vagina and another image depicted nude breast. Two of the images depicted what appeared to be a female wearing jean shorts laying in a prone position with her back side arched. Another image depicted a female wearing red thong underwear laying prone with her backside arched. A fifth image depicted a female standing wearing a gray shirt and black shorts. The last image depicted a female with her shirt pulled up, exposing her breast contained within a bra.

10. In addition to the images, MV sent a video depicting a close up of a female masturbating. The female wore a silver ring on her right ring finger. Rist responded to the video with, "Damn baby!! That's daddy's girl!!" MV wrote, "hehe can I have more daddy". Rist sent another video that depicted a male stroking an erect penis. There was observable red pubic hair on the male.

11. On August 18, 2023, Rist sent three additional videos of a male stroking an erect penis with noticeable red pubic hair. On the same day, Rist sent a selfie of a male wearing a

[7] "rn" is shorthand for right now.

baseball cap and black t-shirt. The male had a red beard and was visually similar to an individual known to be Kyle Rist.[8]

12. On or about September 1, 2023, Rist informed MV that "Jeremy" was in jail and that Rist believed "Jessica"[9] had his phone. Rist wrote that Jeremy "pissed dirty" while he was on probation. On the same date, Rist and MV had the following text exchange:

**MV:** Jeremys wife just texted me
**Rist:** Wat she say
**Rist:** Fuck u look beautiful
**MV:** aww thank you and she said how do you know Jeremy
**Rist:** U gonna answer her?
**MV:** and say wha?
**Rist:** Lol that's up to u wat to say
**MV:** idk what should i say?[10]
**Rist:** Tell her he sent u a request and but u fr don't talk to him
**MV:** she asked how old i am
**Rist:** Tell her
**Rist:** I keep looking at that pic lol sex af
**MV:** tell her that im 15
**Rist:** I mean yea I wouldn't lie

13. On or about September 3, 2023, at approximately 2:01 PM, MV sent Rist an image of a female torso nude with breasts fully exposed. Rist responded, "Damn baby!"

14. On or about September 8, 2023, at approximately 7:19 PM, MV sent a video to Rist depicting a close-up of a female masturbating with the handle of a pink hairbrush. The female wore a silver ring on her right ring finger. Rist responded, "Damn baby!" and "That video is hot af". Rist added that he, "Would love to fit my fat cock in that tight little pussy". Rist sent one image of an erect penis with red pubic hair, followed by two

---

[8] According to law enforcement databases, Kyle Rist has a date of birth in July of 1986.

[9] "Jessica" was described in Hadley's Facebook messages as Jeremy Hadley's wife.

[10] "idk" is shorthand for "I don't know."

videos to MV. The first video depicted a male stroking an erect penis with noticeable red pubic hair. The second video also depicted an individual stroking an erect penis with noticeable pubic hair. In addition, the individual's face was clearly shown in the second video and was visually similar to a known image of Kyle Rist.

15. On or about September 9, 2023, Rist and MV exchanged messages indicating they were in a relationship. Rist told MV, "Ur still my baby!!" to which MV responded, "i better be fr i really dont wanna share you". Rist told MV, "Nah baby aint no sharing". Later in the conversation, Rist asked MV what she was doing. MV responded, "school". Rist acknowledged MV's response with, "Nice lol". MV further explained that she had "Spanish next".[11]

16. On or about September 11, 2023, MV told Rist, "Jeremys wife likes me a lil to much she like to flirt wit me im gonna tell her that me and you are talking". Rist advised MV to tell Jeremy's wife that they were "talking".

17. That same day, MV asked Rist, "Baby can you send me the video of you fucking that girl around my age". Rist responded by sending a video of a female performing oral sex on an adult male penis with red pubic hair. The male was lying in a supine position. The video was taken from the point of view of the male. The female's face was partially depicted in the video. The female was wearing a black sweatshirt with red block letters that appeared to spell "CINCINNATI." MV responded, "i want the other one". Rist then sent a second video of a male engaging a female in vaginal sex. The video was shot from the point of view of the male. The female was laying in a supine position. There

[11] MV made references to Rist about being in other classes, such as Chemistry and Geometry.

was noticeable red pubic hair on the male. The female's face was not visible in the second video.

*Communications between MV and the Jeremy Hadley account*

18. The Facebook Messenger communications between MV and Jeremy Hadley occurred between on or about August 13, 2023 and September 14, 2023.

19. On or about August 13, 2023, MV and Hadley exchanged the following messages:

> **MV:** tbh i don't know why I hit you up im sorry[12]
> **Hadley:** Don't be sorry. My inbox is always open n you can hmu anytime
> **MV:** i know i lowkey miss u
> **Hadley:** I miss you too
> **MV:** aww I want you but im talking to someone
> **MV:** and if we do no one can know
> **Hadley:** I mean that's how its been for me since I am married lol

The content of these messages suggests that MV and Hadley already knew each other at the time of this exchange.

20. Also on or about August 13, 2023, Hadley told MV that he was going to get a hotel room and drink some liquor. The following conversation ensued:

> **Hadley:** I'm going to get a room. I'll text you when I'm t here
> **Hadley:** Wyd[13]
> **MV:** playing cards with my grandparents wbu[14]
> **Hadley:** Layin in bed
> **MV:** are you at the hotel
> **Hadley:** Yeah
> **MV:** aww all by yourself
> **Hadley:** Yeah but its all good lol
> **MV:** ok so what are you gonna do now?
> **Hadley:** Idk just chill. I'm trying to think of something to do
> **MV:** or someone to do lmao
> **Hadley:** Now we're talking lol

[12] "tbh" is shorthand for "to be honest."

[13] "wyd" is shorthand for "what are you doing."

[14] "wbu" is shorthand for "what about you?"

**MV:** lmao im was jk but if you want
**Hadley:** Shit idk where to find someone to do
**MV:** lmao i dont know i mean shit you could do me but you arent here[15]
**Hadley:** Mmm I wish I was! I'd be fuckin u rn
**MV:** lol not right now im playing cards with my grandparents

21. MV told Hadley she was talking to someone else, but she and Hadley could continue to talk unless she started dating the other individual. Hadley agreed to the arrangement, adding, "Of course that's OK as long as we stay friends if you do date". MV told Hadley she would continue to talk to him as long as Hadley did not say anything about them talking to anyone who might be MV's boyfriend. Shortly afterwards, Hadley and MV exchanged messages about them having sex:

**MV:** man i lowkey wish you were here ngl
**Hadley:** I wish I was too fr
**MV:** why?
**MV:** do you wish
**Hadley:** Because I wnna kiss you, touch you, lay with you, fuck you like your ment to be fucked
**MV:** how am supposed to be fucked??
**Hadley:** Like however you want to be! Anything you wanted
**MV:** well how do you think i should be fucked?
**Hadley:** Like a little slut
**MV:** what would daddy to to this little slut?
**Hadley:** He would bend her over and fuck her pussy hard while fingering her tigh little ass
**MV:** i wish daddy was here right now so he could fuck this little slut
**Hadley:** So does daddy!!
**MV:** so why doesnt he?
**Hadley:** He needs to get things set up before he can come
**MV:** like what
**Hadley:** I got to get tickets to fly and I need to get the money for it

22. Later in the conversation, MV and Hadley discussed an individual referred to as "Amber."[16] Hadley told MV that Amber was going to be at Kyle's house tonight.

---

[15] "lmao" is short hand for "laughing my ass off."

[16] Later in the Facebook Messenger chats, Amber is described as Hadley's 10 year old daughter.

Hadley asked MV if Kyle would "fuck her" and MV responded, "i already know he told me he would."

23. Hadley and MV continued the conversation, discussing a female that Hadley met at the hotel. The following conversation occurred:

> **Hadley:** there is a woman sitting outside with her 3 yr old daughter rn
> **MV:** which one would you fuck the mom or her kid
> **Hadley:** Which one should I
> **MV:** but i say no bc what if she calls the cops on you for wanting to fuck her kid
> **Hadley:** I wish there was a way to make it happen
> **MV:** i know baby but if you wanna go fuck someone go find a girl with no kids that's in her 20s or something that would fuck and fuck her brains out
> **Hadley:** She just offered me to her room for some drinks
> **MV:** idk baby if you want to but be careful bc she could act like she wants to fuck and then you guys start to get to doing things and then you ask if her kid could join and then she calls the cops.
> **Hadley:** I won't ask ill work my magic and see if she into it lol like throw hints
> **MV:** hehe ok go have some fun baby and how old do you think her kid is?
> **Hadley:** 3

24. Later on the same day, Hadley told MV that the woman "gave me head" and that it was "in front of her daughter". Hadley told MV that the daughter watched. Then, Hadley asked MV to "talk dirty with me." MV agreed and requested Hadley to start the chat. Hadley suggested, "Well let's involve a baby in this". The following conversation occurred:

> **Hadley:** So u walk in while in the bed with this baby girl and I'm kissing her
> **MV:** hehe ok
> **Hadley:** What would you do
> **MV:** i would give you head while youre eating the baby out
> **Hadley:** Mmm then help put my dick head in her mouth
> **MV:** hehe yes
> **Hadley:** Then what baby
> **MV:** then ill put your dick inside me and we'll fuck then ill take it out of me and put it inside her
> **Hadley:** My did won't fit in her Pusey but how about her ass
> **MV:** ok
> **Hadley:** I fuck her little ass while I kiss u long in hard and look in our eyes as we both fuck her

**MV:** wdym as we both fuck her daddy?
**Hadley:** U can use a strap on and fuck her too or use toys
**Hadley:** Where should I cum baby
**MV:** where ever daddy wants to
**Hadley:** I want something to look at to cum too

25. MV told Hadley that she had photos he had already seen that she can send again. Hadley responded with "yes". MV sent Hadley a close-up video of a female wearing a black long sleeve shirt masturbating. The female wore a silver ring on her right ring finger. The video is visually similar to a video MV had sent to Rist. MV also sent six images to Hadley. One of the images depicted a female wearing a black shirt exposing a close up of her vagina and another image depicted a female wearing a black shirt exposing nude breast. The other four images depicted a female in various stages of undress, and positions, wearing underwear or shorts. MV requested, "a video of you cumming ok daddy". Hadley responded by sending MV a video of a male masturbating and subsequently ejaculating.

26. Also, on or about August 13, 2023, Hadley requested MV "hit on a friend's daughter and try to get pics of her for me". Hadley admonished MV to not identify to the female that the request for photos had come from Hadley. Hadley provided a specific name to MV. MV agreed to contact the female through Facebook. According to the Facebook messages between Hadley and MV, MV contacted the female.[17]

27. On or about August 15, 2023, Hadley attempted to entice MV to send pictures. Hadley stated that he wanted to "see full body!!". Later that same day, the following conversation occurred between Hadley and MV:

[17] It is unclear, based on the current evidence, if Hadley ultimately received any photos of the female.

**Hadley:** Still want to fuck me?
**MV:** maybe y
**Hadley:** Because I want to know
**MV:** ok and yes I doo even kyle said we could have a 3some if i wanted hehe
**Hadley:** Mmm that's hot
**Hadley:** When you move here and his daughter comes to stay you should sneak me in so I can try to fuck her
**MV:** lmao why would i have to sneak you in if i could just be like babe Jeremy wants to fuck your daughter i think you should let him and i bet he would
**Hadley:** I would hope he would
**MV:** he would fuck his daughter or letting you fuck his daughter
**Hadley:** Let me
**MV:** oh ok
**Hadley:** idk if he would fuck her
**MV:** he said that if me and him together then she cant fuck him but she can watch me fuck him

28. In the same conversation, Hadley asked MV if he found Kyle's daughter's Facebook page if MV would flirt with her for the purpose of obtaining pictures for Hadley. It is unclear if Hadley sent the Facebook page to MV.

29. On or about August 15, 2023, MV wrote to Hadley, "lol wheres Jeremy". The user of Hadley's account[18] responded "With mom" . The following conversation occurred between MV and user of Hadley's account:

**MV:** well later tonight see if he wants to fuck
**Hadley account:** I wanna do it with kyle tbh
**Hadley account:** Would u be mad?? Ik u guys are like a thing
**MV:** umm tbh idc
**MV:** but you gotta ask him bc he knows you wanna fuck him
**Hadley account:** Do u want to see him fuck my lil pussy??
**MV:** idk ask him first and then ill tell you

Hadley's account sent a close up video of a female utilizing a handle of a purple hairbrush to masturbate.

[18] It is unclear if someone other than Hadley is communicating with MV via Facebook Messenger, or if it is Hadley pretending to be a female. The individual using Hadley's Facebook account claimed to be "Amber."

30. On or about August 15, 2023, MV continued the Facebook Messenger chat with "Amber" using Hadley's Facebook account. Amber began to question MV about MV and Kyle's interest in children. The following conversation occurred:

**Hadley account:** What's the youngest u think Kyle would fuck w
**MV:** like young kids
**Hadley account:** U rlly think so??
**MV:** yeah
**MV:** he told me
**Hadley account:** U like that??
**MV:** yes hehe do you?
**Hadley account:** Yaa
**MV:** hehe good
**Hadley account:** Do u like kids like that mommy
**MV:** yes
**Hadley account:** Every do anything mommy with one??
**MV:** no not yet
**Hadley account:** Do u want to
**MV:** yes baby but it depends on what we would be doing
**Hadley account:** Wym mommy
**MV:** like what would i be doing with them
**Hadley account:** What would turn u on with them??
**MV:** literally whatever you want mommy to do wit
**Hadley account:** Boys too or just girls
**MV:** you tell me baby
**Hadley account:** 2 years old mommy
**Hadley account:** Or a 4 yr old girl and a 3 yr old boy
**MV:** i think all
**MV:** baby
**Hadley account:** U think Kyle would do anything to the boy??
**MV:** idk baby ask him
**Hadley account:** Is he up
**MV:** no baby hes sleeping right now he has work tomorrow
**Hadley account:** Well then do u think he would do anything with him
**MV:** yea
**Hadley account:** Like what mommy
**MV:** whatever we want
**MV:** he would probably do
**MV:** to him
**Hadley account:** Do u want kyle to suck hi lil dick
**Hadley account:** I gotta go momy but tell me u want kyle to cum all over my pretty 10 yr old face!!

31. On August 19, 2023, MV sent Hadley a video of a female wearing a black shirt with pink colored underwear. In the video, the female removed the underwear, turned her back to the camera and used her hands to fully display her anus. MV asked, referring to the video, "did it make daddy hard?" Hadley responded, "Definitely did!!" and sent MV a video of a male masturbating.

32. Also, on August 19, 2023, MV asked Hadley, "did i tell you that amber sent me a video of her fingering herself but with a brush and it lowkey made me really wet". Hadley responded that he never saw the video. MV told Hadley, "yea ik bc she deletes mine and hers convos and she called me mommy and that she was my lil slut." Hadley responded, "That's so hot." MV sent the video referenced above. The video depicted a close-up view of a female masturbating with the handle of a purple hairbrush. Hadley told MV that "Amber" is getting ready to go over to Kyle's and Hadley told "Amber" to "seduce him and fuck him".

33. On or about September 1, 2023, MV received a message from Hadley's Facebook account identifying the user as "Jessica... Im Jeremy's wife".[19] The following conversation occurred:

> **Hadley account:** I have his phone right now girl
> **Hadley account:** Can I ask how you know Jeremy??
> **MV:** he just added me on fb but ion talk to him a lot aat all
> **Hadley account:** Oh okay
> **Hadley account:** How old are you
> **MV:** 15
> **Hadley account:** Awe okay
> **Hadley account:** Has he tried to hit on you??
> **Hadley account:** Im not going to be mad I just want to know
> **MV:** no he hasn't

[19] It is unclear if an individual by the name of "Jessica" is using Hadley's Facebook account or if it is Hadley pretending to be "Jessica."

**Hadley account:** Okay
**Hadley account:** Send a pic of you

34. The conversation eventually turned sexual in nature. The user of Hadley's account, "Jessica", requested "a little body pic of you girl". MV sent six images depicting a female standing and laying prone with her backside arched up, wearing either shorts or underwear. The user of Hadley account responded with "Damn girl" and "Fine asf".

35. On or about September 4, 2023, MV told "Jessica" the user of Hadley's Facebook account, that she was "chillin about to take a video of me striping for someone." The user of Hadley's account asked to see the video. MV sent a video of a female wearing maroon sweater with what appears to be an eagle print on the front and black and white shorts. The female removed her sweatshirt and underwear resulting in the female being fully nude and rotating in a full circle. The user of Hadley's account responded, "Damn girl!".

36. On or about September 9, 2024, the Honorable Stephanie K. Bowman, Magistrate Judge for the Southern District of Ohio, issued a search warrant authorizing the search of Facebook accounts associated with usernames "Kyle Rist" and "Jeremy Hadley," referenced above.

37. I reviewed the data provided by Meta Platforms (Facebook) associated with the two accounts and learned, among other things, the following:

a. Subscriber information for Facebook Account 100045405951085 included the name "Kyle Rist" with a verified cell phone of the 606-560-2684 (RIST Phone).

b. Subscriber information for Facebook Account 100084207987778 included the name "Jeremy Hadley" with a verified cell phone of 859-529-7349 and a birthdate of 7/14/2008.

c. I found communications between the Jeremy Hadley account and MV to include explicit images and videos referenced earlier in the affidavit.

d. While reviewing the IP login data for both "Kyle Rist" and "Jeremy Hadley" Facebook accounts, I observed that on or about August 7, 2024, both accounts were accessed utilizing the same IP address: 2600:0387:0015:1e13:0000:0000:0000:000a. The respective IP address is owned by AT&T Mobility, LLC. Based on this information, I believe that both Facebook accounts were utilized by the same mobile network and thus potentially the same user accessing both accounts.

e. I observed several message threads between the Jeremy Hadley account and other individuals who identify themselves as minor females. In several instances, Jeremy Hadley requested that the minor female add the username capo_king0000 as a friend on Snapchat.

38. Through Snapchat records obtained via subpoena, I learned that the account capo_king0000 is currently utilizing username kingofhood5 and the account is associated with RIST based on subscriber information.

39. On January 24, 2025, the Honorable Stephanie K. Bowman, Magistrate Judge for the Southern District of Ohio, issued a search warrant authorizing the search Snapchat account kingofhood5. This warrant was served on January 24, 2025 and Snapchat provided a return on approximately February 11, 2025.

40. I have reviewed the information provided by Snapchat for account kingofhood5 and have learned the following:

a. The account was created on June 14, 2020 and is associated with email address patkyle86@gmail.com, cell phone number 859-529-7349.

b. The account historically utilized usernames capo_king0000 and kyle_rist2020

c. The IP login history associated with account revealed that the account was logged in utilizing AT&T similar to the Facebook accounts Kyle Rist and Jeremey Hadley.

d. I observed apparent child pornography within the media files on the account depicting a minor female matching the likeness of MV having sex with a male. The media files were sent by a Snapchat account appearing to belong to MV[20] on or about November 7, 2024.

e. I observed messages between user kingofhood5 (RIST) and other users identifying as minor females, similar to the review of the Facebook account(s).

41. Based on my training and experience, I know that it is common for individuals that collect, distribute, and manufacture child pornography to utilize multiple social platforms to communicate with minor victims in order to facilitate explicit material.

42. I believe that Kyle Rist is the user of both the "Kyle Rist" and the "Jeremy Hadley" Facebook accounts. As referenced above, both accounts were accessed on the same day utilizing the same IP address. In addition the Kyle Rist Facebook account revealed several communication records in which Kyle Rist provides other users with the phone number 859-529-7349. For example, on July 18, 2023, user Kyle Rist sends a Facebook message to another user saying "Call me 859 529 7349". This is note worthy because the phone number 859-529-7349 is the listed phone number on the subscriber information associated with the Jeremy Hadley Facebook account.

---

[20] The Snpachat account has a username that includes MV's first name and an area code where MV resides.

Based on this information, I believe that Kyle Rist is not only operating two Facebook accounts but also two cellular telephones. Based on my training and experience, it is common for individuals involved in child sex crimes to operate multiple cell phones. I believe that Kyle Rist created a secondary Facebook profile under the name Jeremy Hadley with a secondary phone number to communicate with minor children and to avoid law enforcement detection.

**CONCLUSION**

43. I submit that this affidavit supports probable cause for the charges in the criminal complaint.

Respectfully submitted,

Brandon Capps - Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on March 26, 2025.

Honorable Stephanie K. Bowman
United States Magistrate Judge