**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**KYLE RIST,**

**Defendant.**

**CASE NO.** 1:25CR43

**INDICTMENT**

J. COLE

**18 U. S. C. § 2422(b)**
**18 U. S. C. § 2251(a) & (e)**
**18 U. S. C. § 2252A(a)(2) and (b)(1)**

**FORFEITURE ALLEGATION**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Coercion and Enticement)**

In and around August of 2023 through November of 2024, in the Southern District of Ohio and elsewhere, the defendant, **KYLE RIST**, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: Minor Victim A who at the time was a 15 and 16 year old female residing in Oregon during the times alleged, to engage in sexual activity for which any person can be charged with a criminal offense, including, the production of child pornography, as defined in section 2256(8).

**In violation of Title 18 United States Code, Sections 2422(b) and 2427.**

**Definitions Applicable to Counts 2 - 17**

1. The term "minor," as defined in 18 U.S.C. § 2256(1) means a person under the age of eighteen (18) years.

2. The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i-v), means actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; 2) bestiality; 3) masturbation; 4) sadistic or masochistic abuse; or 5) lascivious exhibition of the anus, genitals, or pubic area of any person.

3. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## COUNTS 2 -17

### (Sexual Exploitation of Children)

5. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated by reference in Counts 2-17.

6. The name "Minor Victim B" is the pseudonym of a minor, who was born in June of 2017, and was 7 years old at the times charged in the Indictment.

7. On at least 16 instances, between August 30, 2024 and November 10, 2024, the defendant sexually exploited Minor Victim B by producing visual depictions of Minor Victim B engaging in and assisting another person to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct.

8. In addition to producing the 16 visual depictions of Minor Victim B, the materials used had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, because the defendant used a cellphone which travelled in interstate commerce and because the 16 visual depictions were transported in and affecting interstate commerce.

9. Specifically, between August 30, 2024 and November 10, 2024, within the Southern District of Ohio and elsewhere, the defendant, **KYLE RIST**, did employ, use, persuade, induce, entice, and coerce a minor, to wit: Minor Victim B, to engage in and to assist another person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including by computer and the visual depictions were transported in and affecting interstate commerce. Each use of Minor Victim B to produce a visual depiction, as set forth below, constitutes a separate count of the Indictment.

| Count | Date | Name | Type | Device |
|---|---|---|---|---|
| 2 | 8/30/2024 | 20240830_230526.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 3 | 8/30/2024 | 20240830_235620.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 4 | 8/30/2024 | 20240830_230208.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 5 | 8/30/2024 | 20240830_230216.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 6 | 8/30/2024 | 20240830_230449.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 7 | 8/30/2024 | 20240830_230257.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 8 | 8/30/2024 | 20240830_230512.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 9 | 8/30/2024 | 20240830_230437.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 10 | 8/30/2024 | 20240830_313.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 11 | 8/30/2024 | 20240830_230353.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 12 | 8/30/2024 | 20240830_230343.jpeg | Image | Samsung Galaxy Model SM-S166V |
| 13 | 9/9/2024 | 20240908_162511.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 14 | 10/10/2024 | 20241010_220535.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 15 | 10/13/2024 | 20241013_213107.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 16 | 10/13/2024 | 20241013_225337.mp4 | Video | Samsung Galaxy Model SM-S166V |
| 17 | 11/10/2024 | 20241110_194314.mp4 | Video | Samsung Galaxy Model SM-S166V |

**All in violation of 18 U.S.C. §§ 2251(a) and (e).**

**COUNT 18**

**(Receipt of Child Pornography)**

On or about November 7, 2024, in the Southern District of Ohio and elsewhere, the defendant, **KYLE RIST**, did knowingly receive any child pornography, as defined in Title 18 United States Code Section 2256(8), to wit: 6 image files and 3 video files over SnapChat, Inc., using any means and facility of interstate and foreign commerce and that had been shipped and transported in interstate and foreign commerce by any means, including by computer.

**All in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).**

**COUNT 19**

**(Possession of Child Pornography)**

On or about April 1, 2025, in the Southern District of Ohio, the defendant, **KYLE RIST**, did knowingly possess a computer disk, and other material, to wit: a Samsung Galaxy Model SM-S166V cellular phone that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).**

**FORFEITURE ALLEGATION 1**

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **KYLE RIST**, shall forfeit to the United States pursuant to 18 U.S.C. § 2428(a): (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation, including but not limited to:

A Samsung Galaxy Model SM-166V (IMEIs: 358926570871685 & 352546730871684).

**FORFEITURE ALLEGATION 2**

Upon conviction of one or more of the offenses set forth in Counts 2 through 19 of this Indictment, the defendant, **KYLE RIST**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to the item listed in Forfeiture Allegation 1.

**A TRUE BILL**

/s/

**FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**KYLE J. HEALEY**
**DANIELLE MARGEAUX**
**Assistant United States Attorney**